UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                Case Number 07-20419
v.                             Honorable David M. Lawson

DARYL ENGLEHARDT,

    Defendant.
_____/

## **ORDER GRANTING IN PART EMERGENCY MOTION**
## **TO EXTEND SURRENDER DATE**

This matter is before the Court on the defendant's emergency motion for extension of his surrender date. The Court sentenced the defendant on May 1, 2008, to an imprisonment term of six months for mail fraud, false statements to obtain federal employee's compensation, and false statements in a matter within the jurisdiction of the executive branch. The defendant filed a motion to stay execution of sentence pending appeal, which the Court set for a hearing on June 19, 2008. The defendant has been ordered to report to FCI Allenwood on June 19, 2008 at 2 p.m. He filed an emergency motion to extend the surrender date to August 1, 2008 in order to attend the hearing and to take care of his mother. The Court finds that the defendant's request to extend his surrender date to attend the hearing is reasonable, and will extend the defendant's surrender date by one week.

Accordingly, it is **ORDERED** that the defendant's emergency motion to extend surrender date [dkt #52] is **GRANTED in part**.

It is further **ORDERED** that the defendant shall report to FCI Allenwood no later than

**Thursday, June 26, 2008, by 2:00 p.m.**

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: June 17, 2008

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 17, 2008.

s/Felicia M. Moses
FELICIA M. MOSES
